

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/21/2021

| | | |
|---|---|---|
| IN RE: | § | |
| UPLIFT RX, LLC, *et al*, Debtors. | § | CASE NO: 17-32186 |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| MARK SHAPIRO, LIQUIDATING TRUSTEE OF THE ALLIANCE HEALTH LIQUIDATING TRUST, | § § § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 19-3431 |
| | § | |
| WALL STREET HEALTH SERVICES, | § | |
| Defendant. | § | |

## ORDER

For the reasons set out in the Memorandum Opinion issued on this date:

1. The Trustee is Granted leave to amend the complaint to add Dow Jones and PetersonRX LLC as defendants.

2. Wall Street, Mr. Jones, and PetersonRX LLC must file responsive pleadings within 21 days after the filing of the Trustee's amended complaint.

SIGNED 01/21/2021

_____
Marvin Isgur
United States Bankruptcy Judge